FILED
2014 Apr-23  PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL ODOM, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:13-CV-716-VEH |
| | ) |
| **BANK OF AMERICA, N.A, et al,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER DISMISSING CASE

The court having been advised that the above entitled cause has been settled (see doc. 24, Report of Mediator), it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 23rd day of April, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge